IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
05 APR 25 PM 2:3

ROBERT R. DI ___
CLERK, U.S. D___ ___T.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                             Cr. No. 05-20082-B

RODERCUS FREEMAN,

Defendant.

ORDER GRANTING MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE PRETRIAL MOTIONS

Upon Motion by the Defendant and for good cause shown, the deadline currently set in this matter for the filing of pretrial motions is hereby **EXTENDED** from April 22, 2005 to May 31, 2005.

It is so **ORDERED**, this the 25th day of April, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20082 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT