UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                      Cr. No.  05-20082-B

RODERCUS FREEMAN,

Defendant.

---

### ORDER GRANTING MOTION TO
### CONTINUE SUPPRESSION HEARING AND REPORT DATE

---

Upon Motion by the Defendant for a continuance of the suppression hearing and report date and for good cause shown, the Court hereby **GRANTS** the motion. The Court **FINDS**, pursuant to 18 U.S.C. §3161(h)(1)(F), that this period of delay shall be excluded in computing the time within which the trial of this case must commence.

Accordingly, the Court hereby **RESETS** the suppression hearing for from May 26, 2005 to _June 23_, 2005 at _10:00 a.m._ and **RESETS** the report date to _June 23_, 2005 at _10:00 am_.

It is so **ORDERED**, this the _23_ day of _May_, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-24-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20082 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT