UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                                Cr. No. 05-20082-B

RODERCUS FREEMAN,

Defendant.

---

## ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING AND REPORT DATE

---

Upon Motion by the Defendant for a continuance of the suppression hearing and report date, for good cause shown, and without objection by the government, the Court hereby **GRANTS** the motion. The Court **FINDS**, pursuant to 18 U.S.C. §3161(h)(1)(F), that this period of delay shall be excluded in computing the time within which the trial of this case must commence.

Accordingly, the Court hereby **RESETS** the suppression hearing from June 23, 2005 to _June 30_, 2005 at _9:00 a.m._ and **RESETS** the report date to _June 30_, 2005 at _9:00 a.m_.

It is so **ORDERED**, this the _31st_ day of _May_, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-8-05_.

37

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20082 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT