IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 25 PM 3:34
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * Cr. No. ~~05-20085~~ 05-20082-Bre |
| RODERCUS FREEMAN, | * |
| Defendant. | * |

### ORDER CONTINUING JULY 25, 2005 HEARING

Upon motion of the United States, and for good cause shown, it is hereby **ORDERED** that the July 25, 2005 hearing presently set in this case is continued to August 18, 2005 at 11:15 a.m.

**ENTERED** this 25th day of July, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:05-CR-20082 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT