IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 PM 12: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.  Cr. No. 05-20082-B

RODERCUS FREEMAN

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The arraignment in the above-styled case has been continued until Wednesday, 08/31/05 at 10:00 a.m. It appears to the court that the defendant's new counsel was not notified of the hearing. The ends of justice served by continuing the hearing outweigh the best interest of the public and the defendant in a speedy trial.

The Court finds that the grounds for this delay justify excluding the period of 08/24/05 to 08/31/05 as excludable delay under Title 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv), to allow the defendant continuity of counsel.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: 08/24/05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:05-CR-20082 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT