IN THE UNITED STATES DISTRICT COURT  FILED BY _____ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 31  PM 3: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

V.                                                                  05-20082-B

**RODERCUS FREEMAN**

### ORDER ON ARRAIGNMENT
### SUPERSEDING INDICTMENT

This cause came to be heard on ____08/31/05____, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __Michael Latimore for Pas Johnson__ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____S. Thomas Anderson_____
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:1951; 18:924(c); 18:2113; 18:1512;

U. S. Attorney assigned to Case: T. Arvin

Age: 24

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-1-05

56

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:05-CR-20082 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT